CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 25-CR-00243 EKL |
| | ) |
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME FROM |
| | ) APRIL 7, 2026, TO APRIL 23, 2026, AND |
| v. | ) [~~PROPOSED~~] ORDER |
| | ) |
| JAMES THUNDER EASON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the

defendant JAMES THUNDER EASON, that time be excluded under the Speedy Trial Act from April 7,

2026, through April 23, 2026.

At the hearing held on February 24, 2026, the Court set a further status hearing on April 7, 2026.

The government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act

until April 7, 2026, so that defense counsel could continue to prepare, including by reviewing the

discovery that has been produced and further opportunities to meet and confer with the defendant and

the government.  In the interim, the parties and the Court rescheduled the April 7, 2026 hearing to April

23, 2026.  In light of the new status hearing date, the ongoing review of discovery, and for the reasons

stated on the record at the February 24, 2026 hearing, the parties now stipulate and agree that excluding

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER                                v. 9/18/2025
Case No. 25-CR-00243 EKL                                1

time until the rescheduled April 23, 2026 hearing will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from April 7, 2026, through April 23, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 31, 2026                                         /s/
                                                                    MARISSA HARRIS
                                                                    Assistant United States Attorney

DATED: March 31, 2026                                         /s/
                                                                    JAY RORTY
                                                                    Counsel for Defendant

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on February 24, 2026, and for good cause shown, the Court finds that failing to exclude the time from April 7, 2026, through April 23, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 7, 2026, to April 23, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 7, 2026, through April 23, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  March 31, 2026

_____
HON. EUMI K. LEE
United States District Judge