JAY RORTY [SBN: 135097]
Law Offices of Jay Rorty
501 Mission St Ste. 10
Santa Cruz, CA 95060
jay@rortylaw.com
Tel: (831) 427-8154

Attorney for James Thunder Eason

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 25-000243 EKL |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | (PROPOSED) ORDER TO CONTINUE |
| ) | THE STATUS CONFERENCE |
| ) | |
| JAMES THUNDER EASON ) | |
| ) | |
| Defendant. ) | |
| ) | |

Good Cause Appearing Therefore, it is hereby Ordered that the status conference presently

scheduled for June 2, 2026 at 10:30 a.m. is continued to August 18 at 1:30 p.m.

Time is excluded from the Speedy Trial Act from June 2, 2026 to August 18, 2026 to allow for the

effective preparation of defense counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED:

Dated:   May 28, 2026  
_____
HON. EUMI K. LEE
U.S. DISTRICT JUDGE

1