JAY RORTY [SBN: 135097]
Law Offices of Jay Rorty
501 Mission St Ste. 10
Santa Cruz, CA 95060
jay@rortylaw.com
Tel: (831) 427-8154

Attorney for James Thunder Eason

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES THUNDER EASON<br><br>Defendant. | No. CR 25-000243 EKL<br><br>~~(PROPOSED)~~ ORDER TO CONTINUE THE STATUS CONFERENCE |

Good Cause Appearing Therefore, it is hereby Ordered that the status conference presently scheduled for August 18, 2026 at 10:30 a.m. is continued to August 25, 2026 at 10:30 p.m. Time is excluded from the Speedy Trial Act from August 18, 2026 to August 25, 2026 to allow for the effective preparation of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED:

.

Dated: August 12, 2026

HON. EUMI K. LEE
U.S. DISTRICT JUDGE