CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES THUNDER EASON,<br><br>Defendant. | NO. 25-CR-00243 EKL<br><br>STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM AUGUST 25, 2026, TO SEPTEMBER 8, 2026, AND [~~PROPOSED~~] ORDER |

The United States, by and through Assistant United States Attorney Marissa Harris, and defendant James Thunder Eason, by and through Attorney Jay Rorty, hereby stipulate, with the Court's approval, that the status conference presently scheduled for August 25, 2026, at 10:30 a.m., be continued to September 8, 2026, at 10:30 a.m. The basis for the continuance is that the defense counsel has been unavailable to consult with Mr. Eason and requires a further meeting with him prior to the entry of plea.

Thus, the parties hereby stipulate that the time between August 25, 2026 and September 8, 2026 should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow counsel sufficient time to effectively prepare, and to allow for continuity of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C.

§ 3161(h)(7)(B)(iv). Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 20, 2026

/s/
MARISSA HARRIS
Assistant United States Attorney

DATED: August 20, 2026

/s/
JAY RORTY
Counsel for Defendant

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and good cause appearing therefore, it is hereby ORDERED that the status conference presently scheduled for August 25, 2026, at 10:30 a.m., is continued to September 8, 2026, at 10:30 a.m.

Time is excluded from the Speedy Trial Act from August 25, 2026 to September 8, 2026 to allow for the effective preparation of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(A). The Court finds that failing to exclude the time from August 25, 2026, through September 8, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 25, 2026, to September 8, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS HEREBY ORDERED that the time from August 25, 2026, through September 8, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED: August 20, 2026

HON. EUMI K. LEE
United States District Judge